IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **Jessica R. S.,** </br> **Plaintiff,** | ) </br> ) </br> ) **Case No. 3:22-cv-371** |
| v. | ) </br> ) |
| **Kilolo Kijakazi,** </br> **Acting Commissioner of Social Security,** </br> **Defendant.** | ) </br> ) **Magistrate Judge Litkovitz** </br> ) </br> ) </br> ) |

### ORDER

    This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

    This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). On remand, the claim will be completely reevaluated starting at the beginning of the sequential evaluation, including offering Plaintiff a new hearing.

Date: 2/16/2023          Entered: *Karen L. Litkovitz*
                                                 United States Magistrate Judge